**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02133-BNB

PAUL M. HEIMBUCH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 4) asking the Court for a copy of the letter he submitted to the court on August 13, 2012 (ECF No. 1) is GRANTED as follows:  the clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, the original letter Plaintiff submitted to the court on August 13, 2012.  However, Plaintiff is advised to retain copies of any documents he files with the court in the future because the court's electronic filing system does not normally allow the court to maintain paper copies.

    Dated:  August 29, 2012