IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02133-LTB

PAUL M. HEIMBUCH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 20, 2012, it is hereby

ORDERED that Judgment is entered in favor of the unnamed Defendant and against Plaintiff.

DATED at Denver, Colorado, this 20 day of September, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/L. Gianelli
                    Deputy Clerk